UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BOBBY WILLIAMS | CIVIL ACTION NO. 13-2328 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF MONROE | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration and finding good cause therefore,

IT IS ORDERED that Defendant City of Monroe's Motion to Set Aside the Entry of Default with Good Cause Shown Pursuant to Federal Rule of Civil Procedure 55 and 60 and for Leave of Court to File an Answer [Doc. No. 9] is GRANTED. The default is set aside, and Defendant has ten (10) days to file an answer and/or motions pursuant to Rule 12(b)(6).

MONROE, LOUISIANA, this 26th day of December, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE